**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHAWN STINGLEY JACKSON**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:15-CV-00325 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                        **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 15] has been reviewed. No objections have been filed. After a review of the entire record, the RD is adopted. Accordingly, the commissioner's decision is affirmed, and Jackson's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE